**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Giovanni Lara,
Petitioner

CR:NO 95-075ML

v.

United States of America,
Respondant

**MOTION FOR REQUEST FOR COUNSEL**

The petitioner respectfully request this Honorable Court for request for counsel. The petitioner is unfamilier wit the law.

RECEIVED
JUN 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Respectfully Requested,

Giovanni Lara

Giovanni Lara#04227-070
U.S.Penitentiary
P.O.Box 1000
Lewisburg P.A.
17837

6-15-05