UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Giovanni Lara,
Petitioner

C.A.No 05-287-ML

v.

United States of America,
Respondent

NOTICE OF APPEALS

Now comes the petitioner Giovanni lara, Pro-Se, in a motion for notice of appeal from the denial of petitioners Writ of Error Coram Nobis to the First Circuit Court of Appeals.

Respectfully Submitted,

dated:1-30-06

Giovanni Lara

Giovanni Lara#04227-070
P.O.Box 1000
Lewisburg Pa. 17837

# CERTIFICATE OF SERVICE

I, Giovanni Lara, hereby certify that I have served a true and correct copy of the foregoing: (1) Copy Notice of Appeal

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States District Court
For the District of Rhode Island

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 30 day of Jan, 2006

Respectfully Submitted,

____________________

REG. NO.________________