CA 05-287

06-1327 MH

# United States District Court

DISTRICT OF

Giovanni Cala

v.

United States of America

2006 JUN 21 A 11:44

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER:

I, Giovanni Cala #04627-070, declare that I am the *(check appropriate box)*

☑ petitioner/plaintiff ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant ☑ Writ for Error Coram Nobis
*other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Illegal Restitution

RECEIVED
JUN 26 2006
Property of U.S. District Court
District of Rhode Island

Granted. Mary M. Lisi USDJ 6/22/06

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☑ No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
      $5.25 A month
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes ☐ No ☐
   b. Rent payments, interest or dividends? Yes ☐ No ☐
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☐
   d. Gifts or inheritances? Yes ☐ No ☐
   e. Any other sources? Yes ☑ No ☐